IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA PENSION FUND, ) ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 11-1472 |
| v. ) ) | JUDGE GARY L. LANCASTER |
| FAGEN'S, INC., JACK FAGEN ENTERPRISES, INC., FAGEN INVESTMENTS, LTD, FAGEN'S BUILDING CENTERS, INC. ) ) ) ) ) | |
| Defendants. ) | |

**ORDER OF COURT**

AND NOW, to wit, this 23rd day of Feb, 2012, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Laborers' District Council of Western Pennsylvania Pension Fund and against the Defendants, Fagen's, Inc., Jack Fagen Enterprises, Inc., Fagen Investments, LTD and Fagen's Building Centers, Inc. in the amount of $192,026.55 for withdrawal liability, plus interest, late charges/liquidated damages, costs and attorneys' fees.

The Honorable Gary L. Lancaster
United States District Judge

LIT:517512-1 000004-136131