**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 11-1472 |
| v. | ) ) | JUDGE GARY L. LANCASTER |
| FAGEN'S, INC., JACK FAGEN ENTERPRISES, INC., FAGEN INVESTMENTS, LTD, FAGEN'S BUILDING CENTERS, INC. | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 31st day of August, 2012, upon consideration of Plaintiff's Motion to Withdraw, it is hereby ORDERED that Plaintiff's Motion to Compel Production of Sales Agreements is WITHDRAWN as such Motion is now moot.

s/Gary L. Lancaster

The Honorable Gary L. Lancaster
Chief United States District Court Judge